**No. 10-7067. Martin Kalchstein, Petitioner v. United States.**

562 U.S. 1052, 131 S. Ct. 621, 178 L. Ed. 2d 451, 2010 U.S. LEXIS 8808.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 388 Fed. Appx. 350.

**No. 10-7070. Anthony C. Littrell, Petitioner v. United States.**

562 U.S. 1053, 131 S. Ct. 621, 178 L. Ed. 2d 451, 2010 U.S. LEXIS 8988, ■■

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-7071. Salvador S. Martinez, Petitioner v. United States.**

562 U.S. 1053, 131 S. Ct. 621, 178 L. Ed. 2d 451, 2010 U.S. LEXIS 8938.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 368 Fed. Appx. 876.

**No. 10-7072. Leroy Gentles, Petitioner v. United States.**

562 U.S. 1053, 131 S. Ct. 622, 178 L. Ed. 2d 451, 2010 U.S. LEXIS 8911.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 619 F.3d 75.

**No. 10-7073. John Forrest, Petitioner v. United States.**

562 U.S. 1053, 131 S. Ct. 622, 178 L. Ed. 2d 451, 2010 U.S. LEXIS 8886.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 611 F.3d 908.

**No. 10-7074. Andres Hernandez-Vargas, Petitioner v. United States.**

562 U.S. 1053, 131 S. Ct. 622, 178 L. Ed. 2d 451, 2010 U.S. LEXIS 8926.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 387 Fed. Appx. 760.

**No. 10-7081. James Ladner, Petitioner v. United States.**

562 U.S. 1053, 131 S. Ct. 622, 178 L. Ed. 2d 451, 2010 U.S. LEXIS 8940.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 365 Fed. Appx. 557.

**No. 10-7086. Ronnie Blade, Petitioner v. United States.**

562 U.S. 1053, 131 S. Ct. 622, 178 L. Ed. 2d 451, 2010 U.S. LEXIS 9005, ■■

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.